SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3709
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> TONY D. LOMBARDI, et al., ) <br> ) <br>    Defendant. ) <br> _____) | No.   CR 07-00006 SBA <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL CLOCK AS TO DEFENDANT DANIELLE OLIVA (18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(iv)) |

### [PROPOSED] ORDER

      This matter came before the Court in San Francisco on May 23, 2007 at 9:30 a.m. for an initial appearance. At the hearing, the Court remanded the defendant Danielle Oliva to the Marshal's custody and set a further detention hearing before the Honorable Wayne D. Brazil in Oakland This matter came before the Court in San Francisco on May 23, 2007 at 9:30 a.m. for an initial a on May 25, 2007 at 10:00 a.m. Because the defendant qualifies for court-appointed counsel but the Federal Public Defender's Office has a conflict, the parties requested that the time until May 25, 2007 be excluded to allow defendant to obtain counsel and to allow her continuity of counsel.

      **IT IS HEREBY ORDERED** that the period of time between May 23, 2007 and May 25, 2007 is excluded from the Speedy Trial Clock because failure to grant such an exclusion would

deny the defendant reasonable time to obtain counsel and would deny her continuity of counsel. *ee* 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the best interests of the public and the defendant in a speedy trial." *See* 18 U.S.C. § 3161(h)(8)(A).

DATED: May 25, 2007

_____
NANDOR J. VADAS
United States Magistrate Judge

IT IS SO ORDERED
Judge Nandor J. Vadas

Distribute to:

Geoffrey Hansen
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Appearing specially for Defendant Danielle Oliva

Keslie Stewart
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612
Counsel for Plaintiff United States