UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00006 SBA |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| DANIELLE OLIVA, | ) | |
| Defendant. | ) | |

This matter, set for change of plea and sentencing on December 2, 2008 at 10 a.m., is CONTINUED to December 9, 2008, at 11:00 a.m. The time continues to be excluded under the Speedy Trial Act to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, pursuant to 18 U.S.C. § 3161(h)(1)(I).

IT IS SO ORDERED.

DATED:_11/20/08

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge